DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELAYNE HARRIS-WILLIAMS,**
Appellant,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D22-1934

[August 3, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE19023955.

Mark A. Nation and Paul W. Pritchard of The Nation Law Firm, Longwood, for appellant.

Paulo R. Lima and Elizabeth K. Russo of the Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***